# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Docket # 16-4833, 16-4853** |
| | ) | |
| **v.** | ) | **MOTION FOR LEAVE** |
| | ) | **TO FILE OVERSIZE** |
| | ) | **JOINT APPENDIX** |
| | ) | |
| **CYNTHIA T. HARLAN;** | ) | |
| **CLAUDE B. McRAE** | ) | |

Now comes the appellant's Court appointed counsel and moves this Court for permission to file an oversized appendix. In support of this motion, the appellant states as follows:

1.     The joint appendix is oversize largely because it includes an extensive trial transcript, and witness testimony that occurred over a period of several days.  It further represents a joint appeal, thereby requiring each party to include individually referenced documents.

2.     The joint appendix is 1,745 pages including covers and tables. It includes only materials essential to the Court's evaluation of the issues.

WHEREFORE, the appellant respectfully requests permission to file an oversized joint appendix.

Respectfully submitted, this the 2nd day of June, 2017.

/s/ William D. Auman
William D. Auman
Attorney at Law
70 Woodfin Place, Suite 418
Asheville, NC 28801
Tel: 828-236-1808
wdauman@gmail.com
N.C. Bar #13400

## CERTIFICATE OF FILING AND SERVICE

I hereby certify on this 2nd day of June, 2012, I caused this Motion for Leave to File Oversized Joint Appendix to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Amy Ray
Assistant United States Attorney
100 Otis Street
Asheville, NC 28801
Amy.ray@usdoj.gov

*Counsel for Appellee*

/s/ William D. Auman
William D. Auman

Attorney at Law